**No. 68561.**—International Expediters, Inc. *v.* United States, protests 63/9606, etc. (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of novelty figures, not chiefly used for the amusement of children, composed in chief value of metal, and having as an essential feature an electrical element or device, the claim of the plaintiff was sustained.

**No. 68562.**—Joseph A. Paredes & Co. and Slater Brokerage Co. et al. *v.* United States, protests 61/6699, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the articles in question, identified on the invoices as items 121, 135, 151, 153, 400, and 404, are utensils chiefly used in the home for the convenience and comfort of the household, the claim of the plaintiffs was sustained.

**No. 68563.**—The De Haan Company *v.* United States, protests 126837–KS, etc. (Laredo).

Opinion by WILSON, C.J. In accordance with stipulation of counsel that the merchandise consists of huaraches similar in all material respects to those the subject of *United States* v. *A. J. Taylor of Sante Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiff was sustained.